**Order entered July 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00365-CR

**STEVEN WARE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76179-R**

## ORDER

Before the Court is appellant's July 23, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **August 22, 2019**. If appellant's brief is not filed by August 22, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     BILL PEDERSEN, III
         JUSTICE